# IN THE SUPREME COURT OF THE STATE OF NEVADA

COLEMAN HOLDINGS LIMITED
PARTNERSHIP, A NEVADA LIMITED
PARTNERSHIP; AND BRETT E.
COLEMAN AND BEK, TRUSTEES OF
THE COLEMAN FAMILY TRUST,

Appellants,

vs.

PAVICH & ASSOCIATES, INC., A
NEVADA CORPORATION; AND
NICHOLAS J. PAVICH, AN
INDIVIDUAL,

Respondents.

No. 70609

FILED

NOV 1 6 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:     Hon. Elliott A. Sattler, District Judge
        J. Douglas Clark, Settlement Judge
        Bowen Hall
        Erickson Thorpe & Swainston, Ltd.
        Washoe District Court Clerk
        Hoogs Reporting Group, D. Gustin and L. Urmston, Court Reporters

16-35690